IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Hebert,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Micana's Pizza Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-20-00604-PHX-SPL<br><br>**ORDER** |

　　　Having reviewed Plaintiff's Notice of Voluntary Dismissal (Doc. 7),

　　　**IT IS ORDERED** that this matter is dismissed **with prejudice** and the Clerk of Court shall **terminate** this action accordingly.

　　　Dated this 28th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge